DANIEL SCHULTHEIS, Appellant, v. LILLIAN WOHLLEB and KATHERINE BENSON and Others, Respondents.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of the plaintiff, with costs, for the relief sought, to the effect that the restrictive covenants in question will not be enforced against the plaintiff or his successors in title in case his premises referred to in the complaint should be improved by the erection thereon of a building or buildings containing apartments or stores or both in accordance with the zoning ordinances and the regulations and restrictions of the building department of the city of New York applicable. The evidence submitted in this case convinces us that since the covenants in question were imposed upon plaintiff's property in 1906, and particularly since plaintiff purchased his property in 1922, the character of the property on Broadway in the immediate neighborhood has so changed the terms and restrictions of the covenant limiting the use of plaintiff's property to residential purposes that they are no longer applicable to existing conditions and that the enforcement of the covenant will impose great hardship upon the plaintiff, and be of little benefit to the defendants herein opposing plaintiff's demands. Findings of fact and conclusions of law contrary to this decision are reversed and new findings and conclusions in support thereof will be made. Young, Rich, Hagarty and Tompkins, JJ., concur; Lazansky, P. J., not voting. Settle order on notice.

CARRIE SCOTT, Respondent, v. YONKERS RAILROAD COMPANY and JOSEPH MANFREDI, Appellants.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

JOHN SCOTT, Respondent, v. YONKERS RAILROAD COMPANY and JOSEPH MANFREDI, Appellants.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

JACK SIBEN, Appellant, v. J. & P. REALTY Co., INC., and Others, Defendants, and ISIDORE DREYFUSS and Others, Respondents.— Order denying plaintiff's motion to strike out defense and counterclaim as insufficient in law and granting judgment to respondents affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

NEPTUNE B. SMYTH, INC., Plaintiff, v. HARRIS H. URIS IRON WORKS, Appellant. H. W. PALEN's SONS, Respondent, and Others, Defendants.— Order modified by allowing items 1 and 2 in appellant's notice of motion, eliminating from each of such items the word " exact," and as so modified affirmed, without costs; the particulars to be served within ten days from entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

SOUTH OZONE PARK LUMBER AND SUPPLY CORPORATION, Respondent, v. MORRIS LIEBMAN, Respondent, SAMUEL LITTMAN, Defendant, and ALBERT KRONMULLER, Appellant.— Judgment and the order dated November 27, 1928, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.